**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02607-LTB

RODNEY RAY ZIMMERMAN,

     Plaintiff,

v.

ARISTEDES W. ZAVARAS,
JOHN DOE, CEO OF PYSICIANS [sic] HEALTH PARTNERS,
PAUL L'HERAULT,
MR. SINGH,
CATHIE HOLST,
RENEE MARTINEZ,
MRS. CROUNK,
MR. KLENKE,
MRS. YARD,
TIM CREANY,
KATHLEEN BOYD,
SEAN MOORE,
LT ON DUTY 9-26-08 AM,
NURSE ON DUTY 9-26-08 AM,
MR. GIFFORD, and
JERRY STEELE,
All Defendants Are Being Sued in Both Their Personal and Proffesional [sic] Capacities,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     This matter is before the Court on the letter submitted by Plaintiff on February 15, 2011, in which he requests various court orders. The complaint and instant action were dismissed and the judgment was entered on February 9, 2011. This case is closed. Therefore, Plaintiff's request for various court orders is DENIED as moot.

Dated:  February 16, 2011